UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA ANN PFEIFLE,

    Plaintiff,

v.

Case No. 1:20-cv-1127

Hon. Hala Y. Jarbou

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER

On February 8, 2022, Magistrate Judge Phillip J. Green issued a Report and Recommendation (R&R) recommending that Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (ECF No. 24) be granted. (ECF No. 25.) The R&R was duly served on the parties, and Defendant does not object to Plaintiff's request. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 25) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (ECF No. 24) is **GRANTED**.

Date:  February 9, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE