UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA ANN PFEIFLE,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 1:20-cv-1127

Hon. Hala Y. Jarbou

## ORDER

On September 18, 2023, Magistrate Judge Phillip J. Green issued a Report and Recommendation (R&R) recommending that Plaintiff's Motion for Award of Attorney Fees Pursuant to 42 U.S.C. § 406(b) be granted in part and denied in part (ECF No. 32). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on October 2, 2023. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 32) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion (ECF No. 27) is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's counsel is awarded five thousand, six hundred, twenty-one dollars and fifty-one cents ($5,621.51) in fees pursuant to 42 U.S.C. § 406(b).

Dated: October 10, 2023

/s/Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE